MICHAEL BAILEY
United States Attorney
District of Arizona
DAVID P. SAVEL
Assistant U.S. Attorney
State Bar No. 016003
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.savel@usdoj.gov
Attorneys for Plaintiff

2020 SEP 23 I P 5: 31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Janeth Guadalupe Jabalera,<br><br>Defendant. | **CR20-01556 TUC-JGZ(LCK)**<br><br>**I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Methamphetamine)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning at a time unknown, to on or about May 30, 2020, in the District of Arizona, JANETH GUADALUPE JABALERA did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

On or about May 30, 2020, in the District of Arizona, JANETH GUADALUPE JABALERA did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date:  SEP 2 3 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/ S /

DAVID P. SAVEL
Assistant U.S. Attorney